DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESTER A. RUIZ** and **JACQUELINE GONZALEZ,**
Appellants,

v.

**CITIMORTGAGE, INC.,**
Appellee.

No. 4D2025-3406

[June 4, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562023CA002789AXXXHC.

Lester A. Ruiz and Jacqueline Gonzalez, Port St. Lucie, pro se.

Ezequiel Joseph Romero of Bryan Cave Leighton Paisner, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and BURTON, CHARLES E., Associate Judge, concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***